UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 28, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CELESTE PANG, ) <br> Defendant. ) <br> ) | Case No. 2:18-cr-00059-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, CELESTE PANG, Case No. 2:18-cr-00059-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $25,000.00.

        _X_ Unsecured Appearance Bond

        ___ Secured Appearance Bond

        _X_ (Other) Conditions as stated on the record.

        ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _3/28/2018_ at _2:15 p.m._

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge