| | |
|---|---|
| 1 | DINA L. SANTOS (SBN 204200) |
| 2 | A PROFESSIONAL LAW CORP.<br>455 CAPITOL MALL, SUITE 802 |
| | SACRAMENTO, CA 95814 |
| 3 | (916) 447-0160 |
| | defense@dinasantos.com |
| 4 | |

Attorney for Defendant
CELESTE PANG

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Crim No.: 18-0059-MCE |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| CELESTE PANG | |
| Defendant | |

CELESTE PANG, Defendant herein, substitutes:

Attorney, DINA L. SANTOS, as her Attorney of record in place of the present attorney of record, Assistant Federal Defender, LINDA ALLISON.

The new address of record is 455 CAPITOL MALL, SUITE 802, SACRAMENTO, CA. 95814. Telephone number: (916) 447-0160.

The undersigned consents to the above substitution.

DATED:  4/13/18      /s/ Celeste Pang
                     CELESTE PANG

Substitution of Attorney                    1

| 1 | |
|---|---|
| 2 | The undersigned consents to the above substitution. |
| 3 | DATED:   4/13/18        /s/ Linda Allison |
| | LINDA ALLISON, ESQ. |
| 4 | Assistant Federal Defender |
| 5 | |
| | The undersigned accepts the above substitution. |
| 6 | |
| 7 | DATED:   4/13/18         /s/ DINA L. SANTOS |
| | DINA L. SANTOS, ESQ. |
| 8 | A Professional Law Corp. |

## ORDER

IT IS SO ORDERED:

Dated: April 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Substitution of Attorney                               2