Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Celeste Pang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CELESTE PANG,<br><br>　　　　　　　　　Defendant | CASE NO. 2:18-cr-00059-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 12/13/2018 AT 10:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and Defendant Celeste Pang, represented by Attorney Dina Santos, hereby stipulate as follows:

1.　By previous order, this matter was set for status on October 11, 2018.

2.　By this stipulation, defendants now move to continue the status conference until December 13, 2018, and to exclude time between October 11, 2018, and December 13, 2018, under Local Code T4. Plaintiff does not oppose this request.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　Counsel for defendant desire additional time to continue to review discovery, conduct investigation, and to otherwise prepare for trial. Discovery to this point consists of approximately 98 separate electronic files that contain 18 separate video/audio files of recordings, numerous excel spreadsheets, and other written discovery. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

government does not object to the continuance. In addition to the time required to continue investigation and prepare for trial.

      b)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      c)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2018, and December 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 9, 2018

    MCGREGOR SCOTT
    United States Attorney

    /s/ Cameron Desmond
    CAMERON DESMOND
    Assistant United States Attorney

Dated: October 9, 2018

    /s/ Dina L. Santos
    DINA L. SANTOS, ESQ.
    Attorney for CELESTE PANG

IT IS SO ORDERED.

Dated: October 23, 2018

    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE