Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Celeste Pang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-00059 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 5/2/19 AT 10:00 A.M. |
| v. | |
| CELESTE PANG, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and Defendant Celeste Pang, represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 28, 2019.

2. By this stipulation, defendants now move to continue the status conference until May 2, 2019, and to exclude time between March 28, 2019, and May 2, 2019 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant requires additional time to continue to review discovery, conduct investigation, and to otherwise prepare for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

b) Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2019, and May 2, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 26, 2019                  MCGREGOR SCOTT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

Dated: March 26, 2019                  /s/ Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for CELESTE PANG

**ORDER**

IT IS SO ORDERED.

Dated: March 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE