McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00059-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| CELESTE PANG, | DATE: May 2, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 2, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until May 23, 2019, and to exclude time between May 2, 2019, and May 23, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes multiple reports, spreadsheets, and videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government is procuring additional discovery summarizing the charged transactions, and will produce that additional discovery to the defendant in the next week.

1    b) Counsel for defendant desires additional time review the evidence underlying the
2    summary charts and spreadsheets, conduct independent investigation, and otherwise prepare for
3    trial.

4    c) Counsel for defendant believes that failure to grant the above-requested
5    continuance would deny him/her the reasonable time necessary for effective preparation, taking
6    into account the exercise of due diligence.

7    d) The government does not object to the continuance.

8    e) Based on the above-stated findings, the ends of justice served by continuing the
9    case as requested outweigh the interest of the public and the defendant in a trial within the
10   original date prescribed by the Speedy Trial Act.

11   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12   et seq., within which trial must commence, the time period of May 2, 2019 to May 23, 2019,
13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
14   because it results from a continuance granted by the Court at defendant's request on the basis of
15   the Court's finding that the ends of justice served by taking such action outweigh the best interest
16   of the public and the defendant in a speedy trial.

17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6

7    Dated:  April 30, 2019                       McGREGOR W. SCOTT
                                             United States Attorney

8

9                                         /s/ CAMERON L. DESMOND
                                     CAMERON L. DESMOND

10                                        Assistant United States Attorney

11

12   Dated:  April 30, 2019                       /s/ DINA SANTOS
                                     DINA SANTOS

13                                        Counsel for Defendant
                                     CELESTE PANG

14

15

16

17                                  **ORDER**

18        IT IS SO ORDERED.

19   Dated:  May 2, 2019

20

21                                   MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act