Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Celeste Pang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CELESTE PANG,<br><br>      Defendant | CASE NO. 18-00059 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 7/25/19 AT 10:00 A.M. |

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and Defendant Celeste Pang, represented by Attorney Dina Santos, hereby stipulate as follows:

  1.  By previous order, this matter was set for status on May 23, 2019.

  2.  By this stipulation, defendants now move to continue the status conference until July 25, 2019, and to exclude time between May 23, 2019, and July 25, 2019, under Local Code T4. Plaintiff does not oppose this request.

  3.  The parties agree and stipulate, and request that the Court find the following:

  a)  Counsel for defendant requires additional time to continue to review discovery, conduct investigation, and to otherwise prepare for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

  b)  Based on the above-stated findings, the ends of justice served by continuing the

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2019, to July 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 21, 2019                    MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Cameron Desmond
                                        CAMERON DESMOND
                                        Assistant United States Attorney

Dated: May 21, 2019                    /s/ Dina L. Santos
                                        DINA L. SANTOS, ESQ.
                                        Attorney for CELESTE PANG

**ORDER**

IT IS SO ORDERED.

Dated: May 22, 2019

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE