Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Celeste Pang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CELESTE PANG,<br><br>       Defendant | CASE NO.  18-00059 MCE<br><br>STIPULATION AND ORDER TO CONTINUE J&S TO 9/24/20 AT 10:00 A.M. |

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and Defendant Celeste Pang, represented by Attorney Dina Santos, hereby stipulate to continue the date for Judgement and Sentencing to September 24, 2020, at 10:00 a.m.

///

///

///

///

///

///

///

///

///

///

1

Probation will be notified of the new date.

IT IS SO STIPULATED.

Dated:  June 8, 2020                                         MCGREGOR SCOTT
                                                             United States Attorney

                                                              /s/ Cameron Desmond
                                                             CAMERON DESMOND
                                                             Assistant United States Attorney


Dated:  June 8, 2020                                         /s/   Dina L. Santos
                                                             DINA L. SANTOS, ESQ.
                                                             Attorney for CELESTE PANG


**ORDER**

IT IS SO ORDERED.

Dated: June 9, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2