Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Celeste Pang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CELESTE PANG,<br>　　　　　　　　　Defendant | CASE NO. 18-00059 MCE<br><br>STIPULATION AND ORDER TO CONTINUE J&S TO 12/17/20 AT 10:00 A.M. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and Defendant Celeste Pang, represented by Attorney Dina Santos, hereby stipulate to continue the date for Judgement and Sentencing to December 17, 2020, at 10:00 a.m. Probation will be notified of the new date.

IT IS SO STIPULATED.

Dated: September 16, 2020　　　　　　　　　MCGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　 /s/ Cameron Desmond
　　　　　　　　　　　　　　　　　　　　　CAMERON DESMOND
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: September 16, 2020　　　　　　　　　　 /s/   Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　DINA L. SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　Attorney for CELESTE PANG

1

**ORDER**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT the date for Judgement and Sentencing is continued to December 17, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE