Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Celeste Pang

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  18-CR-00059 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE J&S TO 3/11/21 AT 10:00 A.M. |
| v. | |
| CELESTE PANG, | |
| Defendant | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and Defendant Celeste Pang, represented by Attorney Dina Santos, hereby stipulate to continue the date for Judgement and Sentencing to March 11, 2021, at 10:00 a.m. Probation will be notified of the new date.

IT IS SO STIPULATED.

Dated:  December 14, 2020                    MCGREGOR SCOTT
                                            United States Attorney


                                             /s/ Cameron Desmond
                                            CAMERON DESMOND
                                            Assistant United States Attorney

///

///

///

1

Dated:  December 14, 2020

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for CELESTE PANG

**ORDER**

IT IS SO ORDERED.

Dated:  December 15, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2