1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160
   Email: defense@dinasantos.com
4

5  Attorney for:
   Celeste Pang
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-00059-MCE

                          Plaintiff,     **STIPULATION AND PROPOSED ORDER TO
11                                        CONTINUE J&S TO 4/15/21 AT 10:00 A.M. &
                                          REQUEST FOR IN-PERSON SENTENCING.**
12              v.

13 CELESTE PANG,
                          Defendant
14

15                            **STIPULATION**

16     Plaintiff United States of America, by and through its counsel of record, Cameron Desmond, and

17 Defendant Celeste Pang, represented by Attorney Dina Santos, hereby stipulate to **CONTINUE** the date

18 for Judgement and Sentencing to **April 15, 2021, at 10:00 a.m**.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1

1     The Defense respectfully request an in-person sentencing.   Probation has been notified of the

2  new date and is available.

3     IT IS SO STIPULATED.

4   Dated:  March 12, 2021                    PHILLIP TALBERT
                                              United States Attorney
5

6                                              /s/ Cameron Desmond
                                              CAMERON DESMOND
7                                              Assistant United States Attorney

8

9  Dated:  March 12, 2021                    /s/   Dina L. Santos
                                              DINA L. SANTOS, ESQ.
10                                             Attorney for CELESTE PANG

11

12

13

14                              **ORDER**

15  **IT IS SO ORDERED**.

16    Dated:  March 17, 2021

17

18    _____

        MORRISON C. ENGLAND, JR.
19      SENIOR UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                     2