Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Celeste Pang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>CELESTE PANG,<br>               Defendant. | CASE NO. 18-0059 MCE<br><br>DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR VIA VIDEO TELECONFERENCE<br><br>DATE: April 15, 2021<br>TIME:  10:00 A.M.<br>JUDGE:  Hon. Morrison C. England, Jr. |

      Pursuant to the CARES Act Section 15002(b), CELESTE PANG, by and through her Counsel of Record, Dina L. Santos, consents to proceed with Judgement and Sentencing via video teleconference. Counsel has advised Ms. Pang of her right to be personally present for this hearing and also discussed waiving her personal appearance and appearing via video teleconference. Ms. Pang waives her right to personally appear for Judgement and Sentencing on April 15, 2021, and consents to appear by video teleconference.

///

///

///

///

///

///

///

1

As Counsel for Ms. Pang, I agree and consent to Ms. Pang's appearance by video teleconference.

Respectfully,

Dated:  April 12, 2021                            /s/ Dina L. Santos
                                                  DINA L. SANTOS,  Attorney for
                                                  CELESTE PANG


Dated:  April 12, 2021                            /s/ Celeste Pang
                                                  CLIENT


ORDER

IT IS SO ORDERED.

Dated:  April 13, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2